UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DOUGLAS SONNIER,**<br><br>v.<br><br>**RECON MANAGEMENT SERVICES, INC** | **Case No. 2:20-CV-00002-JDC-KK**<br><br>**JURY TRIAL DEMANDED** |

**RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this case with prejudice. Plaintiff, Douglas Sonnier, and all Opt-in Plaintiffs, including but not limited to, Lloyd Higginbotham, Scott Sandifer, Warren Bailey, Sterling Gill, Lance Hawkins, Carrie Johnson, Clarice Neitzel, Merwyn Wright, Nick Cuccio, Jr., Daniel Smith, Glenn Campbell, and Michael Abshire, are dismissing their claims with prejudice. Further, Defendant, ReCon Management Services, Inc., and ReCon Engineering, Inc., is dismissing any claims against Plaintiff or the Opt-in Plaintiffs that could have been asserted in this matter. The Parties further stipulate that both parties are to bear their own fees and costs. A proposed order is attached.

Respectfully submitted,

By: /s/ *Richard M. Schreiber*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Richard M. Schreiber
Texas Bar No. 24056278
**Josephson Dunlap LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77005
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschrieber@mybackwages.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
**Bruckner Burch PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

AND

/s/ *Kenneth W. DeJean*
Kenneth W. DeJean
Louisiana Bar Roll No. 4817
**Law Offices of Kenneth W. DeJean**
417 W. University Avenue
P.O. Box 4325
Lafayette, La. 70502
337-235-5294 – Telephone
337-235-1095 – Facsimile
kwdejean@kwdejean.com

**Attorneys for Plaintiffs**

By: /s/ *Brian M. Bradford*
SCOTT J. SCOFIELD (#14429)
BRIAN M. BRADFORD (#33738)
**Scofield, Gerard, Pohorelsky,**
  **Gallaugher & Landry**
901 Lakeshore Drive, Suite 900
Lake Charles LA 70601
Telephone:  337-433-9436
Facsimile:  337-436-5205

**Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 22nd day of February 2022.

                                                                                   */s/ Richard M. Schreiber*
                                                                                  Richard M. Schreiber