# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **DOUGLAS SONNIER** | **CASE NO. 2:20-CV-00002** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **RECON MANAGEMENT SERVICES INC** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice.

**THUS DONE AND SIGNED** in Chambers on this 23rd day of February, 2022.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**